**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 13-6040**

—————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

BERNARD MARLIN GADSDEN,

                Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:04-cr-01018-DCN-1)

—————————

Submitted:  February 13, 2013      Decided:  February 20, 2013

—————————

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Bernard Marlin Gadsden, Appellant Pro Se.  Alston Calhoun
Badger, Jr., Assistant United States Attorney, Charleston, South
Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Marlin Gadsden seeks to appeal the district court's orders directing the Government to respond to Gadsden's motion for reduction of sentence and granting the Government an extension. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Gadsden seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED